Chief District Judge David G. Estudillo
Magistrate Judge Brian A. Tsuchida

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DENG PETR MAKUEY,<br><br>                         Petitioner,<br><br>    v.<br><br>BRUCE SCOTT, *et al.*,<br><br>                         Respondents. | Case No. 2:25-cv-02135-DGE-BAT<br><br>STIPULATED MOTION AND BRIEFING SCHEDULE<br><br>Noted for Consideration:<br>October 31, 2025 |

Pursuant to this Court's Order (Dkt. No. 3), Petitioner and Federal Respondents[1] submit this proposed briefing schedule. To expedite this habeas matter, the parties agree to forgo the temporary restraining order ("TRO") motion in favor of expedited briefing in consideration of the merits of Petitioner's habeas corpus petition. (Dkt. No. 1.) This would allow the parties to brief the issues only once and for this Court to rule on the issues once.

The parties propose the following briefing schedule for the habeas petition:

| **Filing** | **Deadline** |
|---|---|
| Respondents' Return Memorandum | November 14, 2025 |
| Petitioner's Response | November 28, 2025 |

---

[1] Respondent Bruce Scott is not a federal employee and not represented by undersigned counsel.

STIPULATED MOTION FOR BRIEFING SCHEDULE
[Case No. 2:25-cv-02135-DGE-BAT] - 1

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

Federal Respondents agree to not remove Petitioner from the United States or transfer him to another facility without providing his counsel with at least 48 hours notice while the habeas petition is pending.

Petitioner agrees to withdraw the pending TRO motion.  (Dkt. No. 2.)

The parties further request that this Court forgo with a referral to a magistrate judge in order to expedite a final decision on the habeas petition.

Accordingly, the parties request that the Court enter the proposed briefing schedule.

DATED this 31st day of October, 2025.

Respectfully submitted,

| | |
|---|---|
| CHARLES NEIL FLOYD<br>United States Attorney | GIBBS HOUSTON PAUW |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Fax:    (253) 428-3826<br>Email:  michelle.lambert@usdoj.gov<br>*Attorneys for Federal Respondents* | *s/ Minda A. Thorward*<br>MINDA A. THORWARD, WSBA # 47594<br>1000 Second Avenue, Suite 1600<br>Seattle, Washington 98104<br>Phone: (206) 682-1080<br>Email:  minda.thorward@ghp-law.net<br>*Attorneys for Petitioner* |

***I certify that this memorandum contains 194 words, in compliance with the Local Civil Rules.***

STIPULATED MOTION FOR BRIEFING SCHEDULE
[Case No. 2:25-cv-02135-DGE-BAT] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

**ORDER**

The parties having stipulated and agreed, it is hereby so ORDERED. The parties shall submit briefing pursuant to the following schedule:

| **Filing** | **Deadline** |
|---|---|
| Respondents' Return Memorandum | November 14, 2025 |
| Petitioner's Response | November 28, 2025 |

The Motion for Temporary Restraining Order (Dkt. No. 2) is withdrawn.

Federal Respondents shall not remove Petitioner from the United States or transfer him to any other facility without providing his counsel with at least 48 hours notice until this Court decides the habeas petition.

DATED this 31st day of October, 2025.

_____
David G. Estudillo
United States District Judge

STIPULATED MOTION FOR BRIEFING SCHEDULE
[Case No. 2:25-cv-02135-DGE-BAT] - 3

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800