# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DENG PETER MAKUEY,

                Petitioner,

    v.

BRUCE SCOTT et al.,

                Respondent.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:  C25-2135-DGE-BAT

\_\_    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**     **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

    The petition for writ of habeas corpus (Dkt. No. 1) is GRANTED.  The Court ORDERS Respondents to release Petitioner from custody, and further, ORDERS that Petitioner may not be redetained until after he is provided written notice of the basis for revoking his release along with an appropriate opportunity to respond to notice.  Within **TWENTY-FOUR (24)** hours of this order, Respondents must provide the Court with a declaration confirming that Petitioner has been released from custody.

    Dated this 16th day of December, 2025.


RAVI SUBRAMANIAN
Clerk


 s/Michael Williams
Deputy Clerk